

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL ARENAS,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, WARDEN,<br><br>    Respondent. | Case No. EDCV 11-1499-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: May 2, 2012

Marc L. Goldman
United States Magistrate Judge

1