


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL ARENAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER, WARDEN,<br><br>　　　　Respondent. | Case No. EDCV 11-1499-MLG<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is denied with prejudice.

Dated: May 2, 2012

　　　　　　　　　　　　　　　　　　　／s／ Marc L. Goldman
　　　　　　　　　　　　　　　　　　　Marc L. Goldman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1